EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant Whitman-Walker Clinic, Inc.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
Telephone: (202) 861-0900

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. WINDSOR, JR.,<br>44476 Whitestone Place<br>Tall Timbers, Maryland 20690<br><br>        Plaintiff,<br><br>  v.<br><br>WHITMAN-WALKER CLINIC, INC.<br>1407 S Street, NW<br>Washington, DC 20009<br><br>    SERVE:  Resident Agent<br>                  DONALD BLANCHON<br>                  1407 S Street, NW<br>                  Washington D.C. 20009<br><br>and<br><br>JOHN DOE I<br>ADDRESS UNKNOWN<br><br>and<br><br>JOHN DOE I<br>ADDRESS UNKNOWN<br><br>             Defendants. | Civil Action No. |

**RULE 7.1 DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Fed. R. Civ. P. 7.1, defendant Whitman-Walker Clinic, Inc. hereby discloses the following corporate information:

Whitman-Walker Clinic, Inc. is a District of Columbia not-for-profit corporation. There are no publicly traded corporations that own more than ten percent of Whitman-Walker Clinic, Inc.'s stock.

EPSTEIN BECKER & GREEN, P.C.<br>
Attorneys for Defendant<br>
Whitman-Walker Clinic, Inc.<br><br>
By: _____<br>
John M. Murdock

DATED: June 5, 2007