UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOHN W. WINDSOR, JR.,
44476 Whitestone Place
Tall Timbers, Maryland 20690

       Plaintiff,

v.

WHITMAN-WALKER CLINIC, INC.
1407 S Street, NW
Washington, DC  20009

    SERVE:  Resident Agent
                DONALD BLANCHON
                1407 S Street, NW
                Washington D.C.  20009

and

JOHN DOE I
ADDRESS UNKNOWN

and

JOHN DOE I
ADDRESS UNKNOWN

       Defendants.

**Case: 1:07-cv-01020 RMC**

**UNOPPOSED MOTION OF DEFENDANT FOR ENLARGEMENT OF TIME TO RESPOND**

Comes now Defendant Whitman-Walker Clinic, Inc., by and through counsel, to ask this Court for an Order pursuant to Fed. R. Civ. P. 6(b) granting an enlargement of time of twenty (20) days in which to answer, plead or otherwise respond to the Complaint in this matter. Defendant has been authorized to advise the Court that Plaintiff does not oppose this Motion.

DC:1008786v1

**WHEREFORE**, based upon the foregoing, Defendant respectfully requests that the Motion be granted, and that the due date for its responsive pleading be extended to July 2, 2007.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: /s/ John M. Murdock
John M. Murdock (D.C. Bar # 415765)
Julianna S. Gonen (D.C. Bar # 488759)
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
Telephone: (202) 861-1872
Facsimile: (202) 861-3572

Counsel for Defendant Whitman-Walker Clinic, Inc.

Dated: June 12, 2007

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion for Enlargement of Time was served June 12, 2007, via the Court's Electronic Case Filing system upon the following:

Bruce M. Bender
Van Grack, Axelson, Williamowsky, Bender & Fishman, P.C.
401 N. Washington St.
Suite 550
Rockville MD  20850

Counsel for Plaintiff

And via First Class Mail upon the following:

Brett Weiss
Brett Weiss, P.C.
18200 Littlebrook Drive
Olney  MD  20832

Counsel for Plaintiff

\_\_\_\_\_/s/\_Grace M. Balian_____

Grace M. Balian

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

JOHN W. WINDSOR, JR.,
44476 Whitestone Place
Tall Timbers, Maryland 20690

        Plaintiff,

v.

WHITMAN-WALKER CLINIC, INC.
1407 S Street, NW
Washington, DC 20009

    SERVE:  Resident Agent
             DONALD BLANCHON
             1407 S Street, NW
             Washington D.C. 20009

and

JOHN DOE I
ADDRESS UNKNOWN

and

JOHN DOE I
ADDRESS UNKNOWN

        Defendants.

Case: 1:07-cv-01020 RMC

---

ORDER

This matter having been opened to the Court by Epstein Becker & Green, P.C., attorneys for Defendant Whitman-Walker Clinic, Inc., pursuant to Fed. R. Civ. P. 6(b), for a 20-day extension of time within which to answer, plead or otherwise respond to the Complaint herein, and it is represented that:

1. No previous extension has been obtained;

DC:1008786v1

2. Service of process was effected upon Defendant Whitman-Walker Clinic on May 16, 2007;

3. Defendant filed a Notice of Removal on June 5, 2007;

4. Time to answer, move or otherwise reply expires on June 12, 2007; and

5. The time within which Defendant is required to answer, move or otherwise reply is extended to July 2, 2007.

EPSTEIN BECKER & GREEN, P.C.

By:  /s/    John M. Murdock
John M. Murdock (D.C. Bar # 415765)
Julianna S. Gonen (D.C. Bar # 488759)
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
Telephone: (202) 861-1872
Facsimile:  (202) 861-3572

Counsel for Defendant Whitman-Walker Clinic, Inc.

Dated: June 12, 2007

The application is ORDERED GRANTED.

ORDER DATED _____.

By: _____

DC:1008786v1