AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

John W. Windsor, Jr.

      Plaintiff(s)    )   **APPEARANCE**

vs.    )   CASE NUMBER  1:07-cv-01020

Whitman-Walker Clinic, Inc. et al

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Julianna S. Gonen__ as counsel in this
(Attorney's Name)

case for: __Whitman-Walker Clinic, Inc.__
(Name of party or parties)

June 14, 2007
Date

488759
BAR IDENTIFICATION

Signature: /s/ Julianna S. Gonen

Julianna S. Gonen
Print Name

1227 25th St. NW
Address

Washington, DC  20037
City    State    Zip Code

(202) 861-1845
Phone Number