UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN W. WINDSOR, JR.                          :

       Plaintiff                                   :

v.                                             :    Case No.: 1:07-cv-01020 RMC

WHITMAN-WALKER CLINIC, INC., et. al.           :

       Defendants                                 :

**MOTION FOR ENLARGEMENT OF TIME BY CONSENT FOR
PLAINTIFF TO RESPOND TO DEFENDANT, WHITMAN-WALKER CLINIC'S
MOTION TO DISMISS**

COMES NOW, the Plaintiff JOHN W. WINDSOR, JR., by and through counsel, VAN GRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C. and BRETT WEISS, P.C., and moves for an extension of time to respond to the Defendant's WHITMAN-WALKER CLINIC'S Motion to Dismiss and states as follows:

1. The Defendant, WHITMAN-WALKER CLINIC has filed a Motion to Dismiss on July 2, 2007.

2. Plaintiff's response is due on July 16, 2007.

3. Because of Plaintiff's counsel's trial schedule including a jury trial scheduled the week of July 16, 2007, Plaintiff requests that this Court grant Plaintiff a two week extension of time to file his Opposition to the Motion to Dismiss through July 30, 2007.

4. The Defendant, WHITMAN-WALKER CLINIC, INC., through counsel, has consented to this Motion.

WHEREFORE, the Plaintiff, JOHN W. WINDSOR, JR., with consent of the Defendant, hereby requests that this Court grant an enlargement of time through July 30, 2007 for

the Plaintiff to file his Opposition to the Defendant, WHITMAN-WALKER CLINIC'S Motion to Dismiss.

                              Respectfully submitted,

| **VAN GRACK, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C.** | **BRETT WEISS, P.C.** |
|---|---|
| /S/ Bruce M. Bender | /S/ Brett Weiss |
| Bruce M. Bender, D.C. Bar # 381319 | Brett Weiss, D.C. Bar # 404420 |
| 401 N. Washington Street, Suite 550 | 18200 Littlebrook Drive |
| Rockville, Maryland 20850 | Olney, Maryland 20832 |
| (301) 738-7660 (Phone) | (301) 924-4400 (Phone) |
| (301) 424-0124 (Fax) | (301) 570-3025 (Fax) |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July 2007, a copy of the foregoing was mailed, postage prepaid first class to:

John M. Murdock, Esq.
Julianna S. Gonen, Esq.
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175

                                        /S/ Bruce M. Bender
                                        Bruce M. Bender

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN W. WINDSOR, JR.                          :

      Plaintiff                                       :

v.                                                           :     Case No.: 1:07-cv-01020 RMC

WHITMAN-WALKER CLINIC, INC., et. al.   :

      Defendants                                   :

## ORDER

UPON CONSIDERATION of Plaintiff's JOHN W. WINDSOR, JR.'s Motion for Enlargement of Time with Consent of the Defendant, it is this \_\_\_\_ day of _____, 2007, by the U.S. District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion is granted and Plaintiff shall have through July 30, 2007 to file his Opposition to the Defendant, WHITMAN-WALKER CLINIC'S Motion to Dismiss.

_____
Honorable Rosemary M. Collyer