UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOHN W. WINDSOR, JR.,

        Plaintiff,

*v.*

WHITMAN-WALKER CLINIC, INC., et al

        Defendants.

**Case: 1:07-cv-01020 RMC**

**UNOPPOSED MOTION OF DEFENDANT FOR ENLARGEMENT OF TIME TO RESPOND**

Comes now Defendant Whitman-Walker Clinic, Inc. ("Whitman-Walker"), by and through counsel, and moves this Court for an enlargement of time in which to file its Reply in further support of its Motion to Dismiss and states as follows:

1. Whitman-Walker filed its Motion to Dismiss on July 2, 2007;

2. Plaintiff was granted an unopposed extension of time to file his opposition until July 30, 2007;

3. Plaintiff filed his opposition on July 30, 2007;

4. Defendant's Reply is due on August 6, 2007;

5. Due to the travel schedules of its counsel, Whitman-Walker requests that this Court grant it an extension until August 17, 2007 to file its Reply; and

6. Defendant has been authorized to advise the Court that Plaintiff does not oppose this Motion.

DC:1056081v1

**WHEREFORE**, based upon the foregoing, Defendant Whitman-Walker respectfully requests that the Motion be granted, and that the due date for its Reply be extended to August 17, 2007.

> Respectfully submitted,
>
> EPSTEIN BECKER & GREEN, P.C.
>
> By:   /s/ John M. Murdock  _____
>       John M. Murdock (D.C. Bar # 415765)
>       Julianna S. Gonen (D.C. Bar # 488759)
>       1227 25th Street, N.W., Suite 700
>       Washington, D.C. 20037-1175
>       Telephone:  (202) 861-1872
>       Facsimile:   (202) 861-3572
>
> Counsel for Defendant Whitman-Walker Clinic, Inc.

Dated:  August 2, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion for Enlargement of Time was served August 2, 2007, via the Court's Electronic Case Filing system upon the following:

Bruce M. Bender
Van Grack, Axelson, Williamowsky, Bender & Fishman, P.C.
401 N. Washington St.
Suite 550
Rockville MD  20850

Counsel for Plaintiff

And via First Class Mail upon the following:

Brett Weiss
Brett Weiss, P.C.
18200 Littlebrook Drive
Olney  MD  20832

Counsel for Plaintiff


    /s/  Grace M. Balian

Grace M. Balian

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. WINDSOR, JR.,<br><br>     Plaintiff,<br><br> v.<br><br>WHITMAN-WALKER CLINIC, INC., et al<br><br>     Defendants. | **Case: 1:07-cv-01020 RMC** |

**ORDER**

  This matter having been opened to the Court by Epstein Becker & Green, P.C., attorneys for Defendant Whitman-Walker Clinic, Inc., for an extension of time within which to file Defendant's Reply in further support of its Motion to Dismiss, it is hereby ORDERED that:

1. Defendant Whitman-Walker Clinic's motion is GRANTED; and

2. The time within which Defendant is required to file its Reply in further support of its Motion to Dismiss is extended to August 17, 2007.


By: _____
Rosemary M. Collyer
United States District Judge

Dated: _____