UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN W. WINDSOR, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHITMAN-WALKER CLINIC, INC., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 07-1020 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motion to dismiss filed by the Whitman-Walker Clinic, Inc. [Dkt. # 7] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: October 2, 2007             _____/s/_____
                                  ROSEMARY M. COLLYER
                                  United States District Judge