UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN W. WINDSOR, JR. | : | |
|     Plaintiff, | : | |
| v. | : | Case No.: 1:07-cv-01020 RMC |
| WHITMAN-WALKER CLINIC, INC., et al | : | |
|     Defendants. | : | |

### UNOPPOSED MOTION FOR CERTIFICATION OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) AND FOR STAY AGAINST CO-DEFENDANT

COMES NOW the Plaintiff, JOHN W. WINDSOR, JR., by and through counsel, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and moves for Certification of a Final Judgment in this matter pursuant to Federal Rule of Civil Procedure, 54(b) against Defendant, Whitman-Walker Clinic, Inc. only and states as follows:

1. Honorable Rosemary M. Collyer entered an Order granting the Defendant, Whitman-Walker Clinic, Inc.'s Motion to Dismiss on October 2, 2007. The Court held that Plaintiff's claim is barred by the "Professional Rescuer doctrine."

2. Plaintiff also sued a contractor, Adams & Wright but service has not been effectuated yet.

3. The Order of October 2, 2007 stated that, "this is a final appealable order."

4. Federal Rule of Civil Procedure 54(b), states as follows:

> (b) Judgment Upon Multiple Claims or Involving Multiple Parties.
>
> When more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, <u>or third-party claim, or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an</u>

> <u>express determination that there is no just reason for delay and upon an express direction for the entry of judgment</u>. . .
> (emphasis added)

5. Clearly, pursuant to Federal Rule of Civil Procedure 54(b), this court must make an express determination that, "there is no just reason for delay," and expressly direct the entry of a final judgment to allow the Plaintiff the ability to appeal this matter since there is still a pending claim against the other Co-Defendant.

6. The Plaintiff, John Windsor, wishes to file an appeal in the United States Court of Appeals for the District of Columbia Circuit.

7. However, unless there is an express determination that, "there is no just reason for delay," this Court's Order of October 2, 2007 cannot be appealed.

8. This Court's decision in the Motion to Dismiss holding that the Professional Rescuer doctrine bars the instant claim will be applicable to both Plaintiff's claim against Whitman-Walker Clinic, Inc. as well as the other Defendant in this case, the sub-contractor, Adams & Wright; therefore, an appeal of this matter now will be in the interests of judicial economy.

9. Thus, there is no just reason for delay of the appeal because the issue involved in the Order dismissing this matter is common to Plaintiff's claims against both Defendants.

10. However, for the appeal, to be properly certified, this Court must make an express determination that there is no just reason for delay and explain its reasoning when entering a final judgment.

11. Further, a stay is warranted against the Co-Defendant because the outcome of the appeal will determine the viability of Plaintiff's claim against the Co-

Defendant.

12. The Defendant, Whitman-Walker Clinic, Inc. does not oppose this motion.

WHEREFORE, the Plaintiff, John Windsor, Jr., respectfully requests:

1) that this Court issue an Order certifying the final judgment for appeal and making an express determination that, "there is no just reason for delay," and enter an express direction for the entry of a final judgment as to Plaintiff's claim against Whitman-Walker Clinic, Inc., only; and

2) Stay the action against the Co-Defendant, Adams & Wright pending the outcome of the appeal.

                                          Respectfully submitted,
                                          AXELSON, WILLIAMOWSKY,
                                          BENDER & FISHMAN, P.C.

                                          /S/ Bruce M. Bender
                                          Bruce M. Bender, D.C. Bar #381319
                                          401 N. Washington Street, Suite 550
                                          Rockville, Maryland 20850
                                          (301) 738-7660

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2007, a copy of the foregoing was mailed, postage prepaid first class to:

John M. Murdock, Esq.
Julianna S. Gonen, Esq.
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175

                                          /S/ Bruce M. Bender
                                          Bruce M. Bender

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN W. WINDSOR, JR. | : |
|     Plaintiff, | : |
| v. | :    Case No.: 1:07-cv-01020 RMC |
| WHITMAN-WALKER CLINIC, INC., et al | : |
|     Defendants. | : |

**GROUNDS AND AUTHORITIES**

1) Federal Rule of Civil Procedure 54(b)

2) Building Industry Association of Superior California v. Babbitt, 161 F.3d 740, 743 (D.C. Cir. 1998) (Before appellate court can acquire jurisdiction under the Federal Rule of Civil Procedure 54(b), "the district court must have entered an express determination that there is no just reason for delay and . . . an express direction for the entry of a final judgment.")

3) Braswell Shipyards, Inc. v. Beazer East, Inc., 2 F.3d 1331, 1336 (4th Cir. 1993) - (certification not proper where district court failed to support decision in record. Accord, Baird v. Palmer, 114 F.3d 39, 42-43 (4th Cir. 1997) (no jurisdiction of Appellate Court to hear appeal because among other reasons lower court did not certify order and did not expressly determine there was no just reason for delay).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN W. WINDSOR, JR. | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:07-cv-01020 RMC |
| WHITMAN-WALKER CLINIC, INC., et al | : | |
| Defendants. | : | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Certification Pursuant to Federal Rule of Civil Procedure 54(b) and for Stay, it is this _____ day of _____, 2007, by the U.S. District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion is granted and this Court hereby certifies pursuant to Federal Rule of Civil Procedure 54(b) that the Order of October 2, 2007 dismissing Plaintiff's claims against Whitman-Walker Clinic, Inc. is a final judgment, and it is further,

ORDERED: that there is no just reason for delay for the entry of a final judgment in favor of Defendant, Whitman-Walker Clinic, Inc. only because the basis for the dismissal of Plaintiff's Complaint as to Whitman-Walker Clinic, Inc., the professional rescuer doctrine is a common question of law that can be raised by all parties in this matter.  Accordingly, there is no just reason for a delay of an appeal in this matter, and it is further,

ORDERED: that this action shall be stayed against the Co-Defendant, Adams & Wright pending the outcome of the appeal.

                                                                                         Honorable Rosemary Collyer,
                                                                                         United States District Judge