UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN W. WINDSOR, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1020 (RMC) |
| WHITMAN-WALKER CLINIC, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

This matter came before the Court on Plaintiff's unopposed motion for certification of final judgment and for stay against co-defendant [Dkt. # 14]. The motion is **GRANTED IN PART AND DENIED IN PART** as follows:

Because the professional rescuer doctrine was the basis for dismissal of Plaintiff's complaint against the Whitman-Walker Clinic, Inc., *see* Mem. Op. and Order filed October 2, 2007 [Dkt. ##12 & 13], and this issue is a common question of law that would resolve the complaint against all defendants in this case, there is no just reason for delay of an appeal in this matter. Accordingly, it is hereby

**ORDERED** that Plaintiff's request for certification of final judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the October 2, 2007 Order is certified as a final appealable judgment pursuant to Federal Rule of Civil Procedure 54(b).

In addition, although Plaintiff filed the complaint on May 4, 2007, and the complaint

was removed to federal court on June 5, 2007, the Court has no record that defendants Adams & Wright, John Doe I, and John Doe II have been served with the summons and complaint. Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served defendants with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. Accordingly, it is hereby

**ORDERED** that <u>on or before November 6, 2007</u>, Plaintiff must either: (1) file with the Court proof that Adams & Wright, John Doe I, and John Doe II have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If the Plaintiff fails to comply with this Order, or if the Court determines that the Plaintiff has not shown good cause for failure to comply with Rule 4(m), Adams & Wright, John Doe I, and John Doe II will be dismissed without prejudice; and it is

**FURTHER ORDERED** that Plaintiff's request for a stay is **DENIED without prejudice**.

SO ORDERED.

Date: October 16, 2007         _____/s/_____
                               ROSEMARY M. COLLYER
                               United States District Judge