UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN W. WINDSOR, JR.            :

    Plaintiff,                  :

v.                              :   Case No.: 1:07-cv-01020 RMC

WHITMAN-WALKER CLINIC, INC., et al   :

    Defendants.                 :

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave of Court to File Second Amended Complaint, it is this __17__ day of __October__, 2007, by the United States District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion for Leave of Court to File Second Amended Complaint is granted to properly name the Co-Defendant, Adams & Wight Contracting Co., LLC, and it is further,

ORDERED: that the Defendant, Whitman-Walker Clinic, Inc. shall not be required to file an Answer or responsive pleading to the Second Amended Complaint because of the Court's prior rulings.

_____
Honorable Rosemary Collyer
U.S. District Court for the District of Columbia