UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John W. Windsor, Jr.
_____
          Plaintiff

vs.                                              Civil Action No. 1:07-cv-01020 RMC

Whitman-Walker Clinic, Inc., et al
_____
          Defendant

## NOTICE OF APPEAL

Notice is hereby given this   19th   day of   October   , 20 2007 , that

Plaintiff, John W. Windsor

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   2nd   day of October   , 20 07

in favor of   Defendant, Whitman-Walker Clinic, Inc.

against said   Plaintiff, John W. Windsor.

_____
          Attorney or Pro Se Litigant

Bruce M. Bender
401 N. Washington St Ste 550
Rockville, MD 20850

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

John M. Murdock, Esq.
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175

Adams & Wight Contracting Co., LLC
3907 Fairview Drive
Fairfax, VA 22031

Virginia State Corporation Commission
ATTN: Clerk's Office
1300 E. Main Street
P O Box 1197
Richmond VA 23218

RECEIVED
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT