UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN W. WINDSOR, JR.                :

    Plaintiff,                              :

v.                                                        :        Case No.: 1:07-cv-01020 RMC

WHITMAN-WALKER CLINIC, INC., et al     :

    Defendants.                         :

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that Adams & Wight Contracting Co., Inc. by and through Virginia State Corporation Commission, the Defendant herein, was served with a Summons, Complaint, Amended Complaint and Second Amended Complaint in the above-captioned case on or about October 29, 2007 at Virginia State Corporation Commission, 1300 Main Street, 1st Floor, Tyler Building, Richmond, VA 23219 , by Federal Express, Tracking No. 799211062716, as evidenced by the confirmation signature receipt attached hereto and incorporated by reference herein. I further certify that I am above the age of eighteen (18) and not a party to this action.

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_/s/ Terri Peters_____
Terri L. Peters
AXELSON, WILLIAMOWSKY, BENDER
& FISHMAN, PC
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
(301) 738-7600

STATE OF MARYLAND

COUNTY OF MONTGOMERY

Before me, the undersigned, a Notary Public in and for the State and County aforesaid, personally appeared TERRI L. PETERS, on this 29th day of October 2007, and made oath in due form of law that the facts and matters set forth above are true and correct.

*Susan E. Velasquez*
Notary Public

My Commission Expires:    Susan E. Velasquez
Notary Public
Montgomery County, MD
My Commission expires May 1 2008



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 29, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799211062716**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Richmond, VA |
| **Signed for by:** | H.ROBERTSON | **Delivery date:** | Oct 29, 2007 09:40 |
| **Service type:** | Priority Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 799211062716 | **Ship date:** | Oct 26, 2007 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
Richmond, VA US

**Shipper:**
ROCKVILLE, MD US

**Reference**               WI229-1

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, October 29, 2007 10:16 AM
**To:** Terri Peters
**Subject:** FedEx Shipment 799211062716 Delivered

---

This tracking update has been requested by:

Company Name: AXELSON, WILLIAMOWSKY, BENDER
Name:         Terri Peters
E-mail:       tlp@vawlaw.com

---

Our records indicate that the following shipment has been delivered:

Reference:                    WI229-1
Ship (P/U) date:              Oct 26, 2007
Delivery date:                Oct 29, 2007 9:40 AM
Sign for by:                  H.ROBERTSON
Delivered to:                 Mailroom
Service type:                 FedEx Priority Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       1.00 lb.
Special handling/Services:    Deliver Weekday

Tracking number: 799211062716

| Shipper Information | Recipient Information |
|---|---|
| Terri Peters | ATTN: Clerk |
| AXELSON, WILLIAMOWSKY, BENDER | State Corporation Commission |
| 401 N. WASHINGTON STREET;Suite 550 | 1300 Main Street;Tylor Bldg., 1st Floor |
| ROCKVILLE | Richmond |
| MD | VA |
| US | US |
| 20850 | 23219 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:15 AM CDT on 10/29/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.