COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

VIRGINIA, in the

UNITED STATES DISTRICT COURT
of the
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001

JOHN W WINDSOR JR

vs          Case/File/Matter Number: 1:07CV01020

WHITMAN-WALKER CLINIC, INC., ET AL

CERTIFICATE OF COMPLIANCE

I hereby certify that a copy of the process, notice, order or demand in the above-styled matter served upon the Clerk of the State Corporation Commission pursuant to § 12.1-19.1 of the Code of Virginia as statutory agent was mailed on October 30, 2007 by First Class mail to the following:

ADAMS & WIGHT CONTRACTING CO., LLC
3907 FAIRVIEW DR
FAIRFAX, VA 22031

Dated: October 30, 2007

Joel H. Peck
Clerk of the Commission

Enclosures

RECEIVED
NOV 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SERVOP
CIS0317
07-10-30-3009