UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN W. WINDSOR, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHITMAN-WALKER CLINIC, INC., *et* )<br>*al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-1020 (RMC) |

## ORDER

On October 2, 2007, the Court issued a Memorandum Opinion and Order dismissing this case as against the Whitman-Walker Clinic, Inc. pursuant to the professional rescuer doctrine. Plaintiff appealed, and on May 15, 2008, the Circuit affirmed. *See Windsor v. Whitman-Walker Clinic, Inc.*, No. 07-7154 (D.C. Cir. May 15, 2008). The Circuit issued its mandate on June 25, 2008. On July 30, 2008, this Court issued a Minute Order, requiring Plaintiff to show cause, no later than August 13, 2008, why in light of the judgment by the Circuit this case should not be dismissed with prejudice against the remaining defendants, Adams & Wight Contracting Co. LLC and John Doe. Plaintiff failed to respond to the show cause order, and thus has conceded the issue. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED with prejudice**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: August 14, 2008

/s/ ROSEMARY M. COLLYER
United States District Judge